**SCROGGINS' EXECUTRIX et al., Movants, v. DILLS et al., Opposed.**

Court of Appeals of Kentucky.

(Decided March 9, 1937.)

C. C. ADAMS for movants.

L. M. ACKMAN and R. L. WEBB, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

**KING, Movant, v. COMMONWEALTH OF KENTUCKY, Opposed.**

Court of Appeals of Kentucky.

(Decided March 12, 1937.)

TANNER OTTLEY for movant.

B. M. VINCENT, Attorney General, and ROSCOE VINCENT, Assistant Attorney General, for the Commonwealth.

PER CURIAM.

Appeal denied. Judgment affirmed.

**NEWELL'S ADM'R, Movant, v. WILBURN'S ADM'R et al., Opposed.**

Court of Appeals of Kentucky.

(Decided March 23, 1937.)

FIELDS & LEWIS for movant.

JOHN M. THEOBALD and R. C. LITTLETON, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.